# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 4:14-mj-00239-BJ *SEALED* |
| | § | |
| GREGORY BOGOMOL (1) | § | |

### ENTRY OF APPEARANCE OF COUNSEL

I wish to enter my appearance as **retained** counsel for the above-named defendant(s) in this cause.

I understand that it is my duty to continue to represent the named defendant(s) in connection with all matters relating to this case, and in connection with all proceedings therein in this Court; to assist him with any appeal which he desires to perfect, and to represent him on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12, Federal Rules of Criminal Procedure, pertaining to pretrial motions.

DATED: 16 day of May, 2014

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 16 2014
CLERK, U.S. DISTRICT COURT
By _____ Deputy

_____
(Attorney Signature)

Cody L. Cofer
(Attorney Name – Please Print)

24066643
(Attorney Bar Number)

111 N. Houston St., Ste 222
Fort Worth, TX 76102
(Address)

(817) 810-9395
(Phone No. including area code)