IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:14-MJ-239 |
| GREGORY BOGOMOL (01) | |

NOTICE OF SUBSTITUTION OF COUNSEL

The United States Attorney for the Northern District of Texas, Sarah R. Saldaña, hereby respectfully advises the Court and all parties in interest that the above-styled and numbered case has been reassigned within the Office of the United States Attorney for the Northern District of Texas to Assistant United States Attorney Aisha Saleem.

Accordingly, it is requested that the clerk of the Court enter the name of Aisha Saleem as counsel of record for the United States of America and remove Christopher Stokes.   The United States requests that all notices relating to this case be sent to the undersigned.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY


*/s/ Aisha Saleem*
AISHA SALEEM
Assistant United States Attorney
Texas State Bar No. 00786218
801 Cherry Street, Suite 1700
Fort Worth, Texas, 76102
Telephone:   817-252-5200
Facsimile:   817-252-5455

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2014, I electronically filed the foregoing Government's Notice of Substitution of Counsel with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means: Cody Cofer.


*/s/ Aisha Saleem*
AISHA SALEEM
Assistant United States Attorney